# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand seventeen.

_____

Constitution Pipeline Company, LLC,

    *Petitioner,*

v.

New York State Department of Environmental Conservation, Basil Seggos, Acting Commissioner, New York State Department of Environmental Conservation, John Ferguson, Chief Permit Administrator, New York State Department of Environmental Conservation,

    *Respondents,*

Stop the Pipeline, Catskill Mountainkeeper, Inc., Sierra Club, Riverkeeper, Inc.,

    *Intervenors.*

_____

**ORDER**

Docket No: 16-1568

Petitioner, Constitution Pipeline Company, LLC, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

