**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of August, two thousand and seventeen.

Before:    Amalya L. Kearse,
           Richard C. Wesley,
           Christopher F. Droney,
               *Circuit Judges.*

_____

Constitution Pipeline Company, LLC,

      Petitioner,

v.

New York State Department of Environmental Conservation, Basil Seggos, Acting Commissioner, New York State Department of Environmental Conservation, John Ferguson, Chief Permit Administrator, New York State Department of Environmental Conservation,

      Respondents,

Stop the Pipeline, Catskill Mountainkeeper, Inc., Sierra Club, Riverkeeper, Inc.,

      Intervenors.

_____

**JUDGMENT**
Docket No. 16-1568

      The petition for review in the above captioned case of a decision of the New York State Department of Environmental Conservation ("NYSDEC") was argued on the administrative record and the parties' briefs.   Upon consideration thereof,

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that, insofar as the petition contends that the NYSDEC decision is a nullity on the ground that it was untimely, the petition is DISMISSED for lack of jurisdiction; to the extent that the petition challenges the NYSDEC decision on the merits, the petition is DENIED.

      For The Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/27/2017